IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 17 PM 3: 31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| MARY EILEEN BOWENS, | X | |
| Plaintiff, | X | |
| vs. | X | No. 04-3036-D/P |
| SHELBY COUNTY, et al., | X | |
| Defendants. | X | |

ORDER OF DISMISSAL

Plaintiff Mary Eileen Bowens, RNI number 22825, who was, at the time she commenced this action, an inmate at the Shelby County Detention Center in Memphis, filed a pro se complaint pursuant to 42 U.S.C. § 1983 on December 21, 2004. The Court issued an order on December 28, 2004 directing the plaintiff, within thirty days, to comply with the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or pay the full filing fee of $150. Plaintiff filed a change of address notice on January 4, 2005 indicating that she has been released. On February 16, 2005, the post office returned the plaintiff's copy of the December 28, 2005 order with a notation that the plaintiff had been discharged. The Court issued an order on April 20, 2005 directing the plaintiff, within thirty days, to file a nonprisoner in forma pauperis affidavit or pay the $150 filing fee. Plaintiff has not responded to this order, and the time for a response has expired.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

The April 20, 2005 order states, in pertinent part, that "[f]ailure to comply [with this order] will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute." 04/20/05 Order at 2. Accordingly, the Court DISMISSES this action without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 17th day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-03036 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Mary Eileen Bowens
1752 Netherwood
Memphis, TN 38114

Honorable Bernice Donald
US DISTRICT COURT