# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 23  AM 10: 2

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **MARY EILEEN BOWENS** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **SHELBY COUNTY, et al.** | **CASE NO: 04-3036-D** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 20, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

*(signature)*

**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

June 22, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

*(signature)*
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-23-05

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-03036 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Mary Eileen Bowens
1752 Netherwood
Memphis, TN 38114

Honorable Bernice Donald
US DISTRICT COURT